UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO GARCIA,<br><br>                  Plaintiff,<br><br>     v.<br><br>CITY OF SAN BERNARDINO, *et al.*,<br><br>                  Defendants. | Case No. 5:25-cv-01279-FLA (KES)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE [DKT. 14]** |

1

Pursuant to 28 U.S.C. § 636, the court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("Report") of the United States Magistrate Judge (Dkt. 14). No objections to the Report were filed, and the deadline for filing such objections has passed. The court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: September 29, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge