JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN BERNARDINO, *et al.*,<br><br>    Defendants. | Case No. 5:25-cv-01279-FLA (KES)<br><br>**JUDGMENT** |

1

1  Pursuant to the court's Order Accepting Report and Recommendation of U.S.
2  Magistrate Judge,
3  IT IS ADJUDGED that Plaintiff's Complaint and entire action is DISMISSED
4  without prejudice.

6  IT IS SO ORDERED.

8  Dated: September 29, 2025

                                              FERNANDO L. AENLLE-ROCHA
                                              United States District Judge